IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CASE NO. 6:24-cv-01956-AA |
| Plaintiff, | : : | |
| v. | : : | |
| PACIFICORP d/b/a PACIFIC POWER IN OREGON | : : : | |
| Defendant. | : : / | |

**JOINT MOTION TO EXTEND SELECT DEADLINES BY 120 DAYS**

Plaintiff and Defendant (collectively, the "Parties") respectfully move the Court to extend by one hundred twenty (120) days the class-certification and related deadlines previously set by the Court's Scheduling Order (ECF No. 20, entered January 29, 2025). Good cause exists under Rule 16(b)(4) for the reasons below, and the requested extension will not prejudice either side or affect the Court's current pretrial conference and trial settings.

Specifically, the parties have completed significant written discovery, which included Defendant's production of a sample of records of pre-recorded calls to attempt to identify the proportion of reassigned cellular telephone numbers and the number of potentially violative pre-recorded calls they received. Plaintiff has engaged an expert who has analyzed this sample of call records and has shared the results with Defendant, and the Parties have scheduled a private mediation with Bradley A. Winters, Esquire of JAMS, Inc. on October 31, 2025.

A brief continuance will allow the Parties to focus resources on settlement efforts before incurring additional discovery, expert-disclosure, and class-briefing related expenses. *See, e.g.,*

*Videx, Inc. v. Triteq Lock & Sec., LLC*, No. 6:11-cv-6384-AA, 2013 U.S. Dist. LEXIS 209260, at *12 (D. Or. Mar. 26, 2013) (proposing to stay the case pending a settlement conference or mediation). Furthermore, the requested extension preserves the sequencing in the existing Scheduling Order (ECF No. 20) and promotes efficient adjudication consistent with Rule 1.

The current schedule is as follows:

- Class Certification Fact Discovery is to be completed by 9/19/2025.

- Class Certification Motion deadline and deadline for Plaintiff to Serve Class Certification Expert Reports is 10/17/2025.

- Opposition to Class Certification Motion deadline, deadline for Defendant to Serve Class Certification Expert Reports, and Daubert/evidentiary motions related to Plaintiff's class certification-related experts deadline is 12/19/2025.

- Reply in Support of Class Certification Motion and Daubert/evidentiary motions related to Defendant's class certification-related experts deadline is 1/30/2026.

The proposed revised schedule is as follows:

- Class Certification Fact Discovery is to be completed by 1/16/2026.

- Class Certification Motion deadline and deadline for Plaintiff to Serve Class Certification Expert Reports is 2/13/2026.

- Opposition to Class Certification Motion deadline, deadline for Defendant to Serve Class Certification Expert Reports, and Daubert/evidentiary motions related to Plaintiff's class certification-related experts deadline is 4/14/2026.

- Reply in Support of Class Certification Motion and Daubert/evidentiary motions related to Defendant's class certification-related experts deadline is 5/26/2026.

For the foregoing reasons, the Parties jointly request that the Court extend the deadlines listed in the table above by one hundred twenty (120) days.

Date: September 18, 2025					PLAINTIFF,
							By his attorneys,

							*/s/ Anthony I. Paronich*
							Anthony I. Paronich
							PARONICH LAW, P.C.
							350 Lincoln Street, Suite 2400
							Hingham, MA 02043
							Tel: (617) 485-0018
							Fax: (508) 318-8100
							anthony@paronichlaw.com


Date: September 18, 2025					DEFENDANT,
							By their attorneys,

							*/s/ Stanton R. Gallegos*
							Stanton R. Gallegos, OSB #160091
							MARKOWITZ HERBOLD PC
							1455 SW Broadway, Suite 1900
							Portland, OR  97201
							Tel: (503) 295-3085
							StantonGallegos@MarkowitzHerbold.com