# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFICORP d/b/a PACIFIC POWER IN OREGON,<br><br>　　　　　　Defendant. | Case No. 6:24-cv-01956-AA<br><br>Honorable Judge Ann L. Aiken<br><br>**MOTION FOR LEAVE TO WITHDRAW AS *PRO HAC VICE* ATTORNEY FOR PLAINTIFF** |

　　HERE COMES NOW, Alex Phillips ("Movant"), of the law firm Strauss Borrelli PLLC to hereby move this Court for leave to withdraw as *pro hac vice* attorney of record for Plaintiff Chet Michael Wilson.

　　WHEREFORE, Attorneys Nathan R. Ring of Reese Ring Velto PLLC, Anthony Paronich of Paronich Law, P.C., and James Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC shall remain on as counsel for Plaintiff Chet Michael Wilson. Pursuant to LR 83-11(c), Plaintiff's counsel has conferred on this matter and no attorneys for Plaintiff object to this withdrawal.

MOTION FOR LEAVE TO WITHDRAW AS *PRO HAC VICE* ATTORNEY FOR PLAINTIFF
-1-

Movant respectfully requests that the Court grant this motion for leave to withdraw.

Respectfully submitted this 3rd day of October, 2025.

                                                 */s/ Alex Phillips*
                                                 Alex Phillips, *pro hac vice*
                                                 **STRAUSS BORRELLI PLLC**
                                                 980 N Michigan Ave.
                                                 Suite 1610
                                                 Chicago, IL 60611
                                                 Telephone: 872-263-1100
                                                 Fax: 872-263-1109
                                                 Email: aphillips@straussborrelli.com

                                                 *Withdrawing Attorney for Plaintiff*

MOTION FOR LEAVE TO WITHDRAW AS *PRO HAC VICE* ATTORNEY FOR PLAINTIFF
-2-

**CERTIFICATE OF SERVICE**

I, Alex Phillips, hereby certify that on October 3, 2025, I caused the foregoing to be transmitted by electronically filed via the ECF system which will send a copy of the filed document electronically to all parties and counsel of records in this case.

DATED this 3rd day of October, 2025.

                                              Respectfully submitted,

                                              */s/ Alex Phillips*
                                              Alex Phillips, *pro hac vice*
                                              **STRAUSS BORRELLI PLLC**
                                              980 N Michigan Ave.
                                              Suite 1610
                                              Chicago, IL 60611
                                              Telephone: 872-263-1100
                                              Fax: 872-263-1109
                                              Email: aphillips@straussborrelli.com