UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP d/b/a PACIFIC POWER IN OREGON,<br><br>Defendant. | Case No. 6:24-cv-01956-AA<br><br>Honorable Judge Ann L. Aiken<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS *PRO HAC VICE* ATTORNEY FOR PLAINTIFF** |

THIS MATTER having come before the Court on Withdrawing Attorney Alex Phillips' Motion for Leave to Withdraw as *Pro Hac Vice* Attorney for Plaintiff Chet Michael Wilson, filed on October 3, 2025 as ECF 31, having duly considered the papers, and good cause having been shown, THE COURT HEREBY FINDS AND ORDERS THAT WITHDRAWING ATTORNEY PHILLIPS' MOTION IS GRANTED.

Alex Phillips' motion for leave to withdraw as *pro hac vice* attorney for Plaintiff Chet Michael Wilson is granted and effective immediately as of the date of this Order.

//

IT IS SO ORDERED.

Date: _____          */s/* _____
                                                                 HONORABLE JUDGE ANN L. AIKEN