**Dallas DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

*Attorneys for Defendant PacifiCorp dba Pacific Power in Oregon*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP dba PACIFIC POWER IN OREGON,<br><br>Defendant. | Case No. 6:24-cv-01956-AA<br><br>**PACIFICORP'S ANSWER AND DEFENSES TO SECOND AMENDED COMPLAINT – CLASS ACTION** |

Defendant PacifiCorp dba Pacific Power in Oregon ("PacifiCorp") by and through its counsel of record, hereby responds to the Second Amended Complaint – Class Action ("Second Amended Complaint") as follows:

**PRELIMINARY STATEMENT**

PacifiCorp's investigation and discovery regarding the allegations made in the Second Amended Complaint, and PacifiCorp's defenses thereto, are ongoing. While PacifiCorp files this Answer to the best of its present knowledge, it reserves the right to supplement or amend this

Page 1 –   PACIFICORP'S ANSWER AND DEFENSES TO SECOND AMENDED COMPLAINT – CLASS ACTION

Answer to include additional defenses and counterclaims that are discovered during the course of this action. To the extent PacifiCorp does not specifically admit an allegation, at this time PacifiCorp denies such allegation. The headings contained in this Answer reflect the text used in the Second Amended Complaint and do not constitute admissions of their contents.

## RESPONSES TO PLAINTIFF'S ALLEGATIONS

1. The allegations in paragraph 1 state legal conclusions to which no response is required; to the extent a response is required, PacifiCorp admits that Plaintiff purports to bring this action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

2. Denied.

3. Denied.

### Jurisdiction and Venue

4. PacifiCorp admits that this Court has subject matter jurisdiction over this action.

5. The allegations in paragraph 5 state legal conclusions to which no response is required. To the extent that the allegations are contrary to law, they are denied.

6. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6, and therefore denies them.

### Parties

7. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7, and therefore denies them.

8. The allegations in paragraph 8 state legal conclusions to which no response is required. To the extent that the allegations are contrary to law, they are denied.

9. PacifiCorp admits that it is a corporation registered to do business in Oregon.

10. The allegations in paragraph 10 state legal conclusions to which no response is required. To the extent that the allegations are contrary to law, they are denied.

Page 2 –    PACIFICORP'S ANSWER AND DEFENSES TO SECOND AMENDED COMPLAINT – CLASS ACTION

11. PacifiCorp admits that in the course of its business it sometimes places outbound calls that use recorded messages to communicate with its customers. Except as expressly admitted, denied.

**Factual Allegations**

12. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 12, and therefore denies them.

13. PacifiCorp admits that it attempted to place at least one call to the referenced telephone number in or before March 2024. Except as expressly admitted, denied.

14. PacifiCorp admits that it attempted to place at least one call to the referenced telephone number in connection to a customer account for which plaintiff was not the named account holder. Except as expressly admitted, denied.

15. PacifiCorp admits that it attempted to place at least three calls to the referenced telephone number in the identified time frame. Except as expressly admitted, denied.

16. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 16, and therefore denies them.

17. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 17, and therefore denies them.

18. Admitted.

19. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19, and therefore denies them.

20. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20, and therefore denies them.

21. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 21, and therefore denies them.

Page 3 –     PACIFICORP'S ANSWER AND DEFENSES TO SECOND AMENDED COMPLAINT – CLASS ACTION

22. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 22, and therefore denies them.

23. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23, and therefore denies them.

24. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24, and therefore denies them.

25. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25, and therefore denies them.

26. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26, and therefore denies them.

27. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27, and therefore denies them.

28. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28, and therefore denies them.

29. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29, and therefore denies them.

30. Denied.

31. Denied.

### Class Action Allegations

32. PacifiCorp admits that Plaintiff purports to bring this action under Federal Rule of Civil Procedure 23 and as a representative of a class. PacifiCorp denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies the remaining allegations of paragraph 32.

33. PacifiCorp admits that Plaintiff purports to exclude certain individuals and entities from the class he seeks to represent. PacifiCorp denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies the remaining allegations of paragraph 33.

34. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34, and therefore denies them.

35. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35, and therefore denies them.

36. Denied.

37. Denied.

38. Denied.

39. PacifiCorp admits that it attempted to place at least one call to the telephone number identified in plaintiff's Second Amended Complaint using an artificial or prerecorded voice. Except as expressly admitted, denied.

40. PacifiCorp admits that for the period of January through March 2024 it did not have an account in collections for which Plaintiff was the named account holder. Except as expressly admitted, denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

Page 5 –    PACIFICORP'S ANSWER AND DEFENSES TO SECOND AMENDED
            COMPLAINT – CLASS ACTION

47. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47, and therefore denies them.

48. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 48, and therefore denies them.

49. PacifiCorp lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49, and therefore denies them.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. PacifiCorp admits that Plaintiff seeks to pursue his claims on behalf of a putative class but denies that Plaintiff or any putative class members have suffered or are entitled to damages or any other relief and denies that this action may be properly maintained as a class action or that it is suitable for class treatment.  Except as expressly admitted, denied.

58. Denied.

59. Denied.

### Count I
### Violation of 47 U.S.C. § 227(b)(1)(A)(iii)

60. PacifiCorp repeats, realleges, and incorporates its responses to each and every allegation contained in paragraphs 1 through 59 as set forth above.

61. Denied.

62.     Denied.

### Prayer for Relief

As to Plaintiff's "Prayer for Relief," PacifiCorp denies each and every allegation, matter, statement, and request for relief.

### Demand for Jury Trial

PacifiCorp admits that Plaintiff has requested a trial by jury of all issues so triable.

### AFFIRMATIVE AND OTHER DEFENSES

PacifiCorp sets forth below its affirmative and other defenses. By setting forth these defenses, PacifiCorp does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiff's allegations.

### FIRST DEFENSE
### (Failure to State a Claim)

63.     Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE
### (No Injury or Standing)

64.     Plaintiff lacks standing to bring the claim alleged in the Second Amended Complaint because Plaintiff has not suffered any injury in fact and is not within the zone of interests sought to be protected by the relevant statute.

### THIRD DEFENSE
### (Compliance with Laws)

65.     Plaintiff's claim is barred, in whole or in part, because PacifiCorp complied with applicable statutes and regulations.

## FOURTH DEFENSE
### (Emergency Purpose)

66. Plaintiff's claim is barred, in whole or in part, because some or all of the calls at issue were made for an emergency purpose, including calls related to planned or unplanned power outages.

## FIFTH DEFENSE
### (Consent)

67. Plaintiff's claim is barred, in whole or in part, because Plaintiff or someone acting on Plaintiff's behalf consented to receive calls such as those alleged in the Second Amended Complaint.

## SIXTH DEFENSE
### (Equitable Defenses)

68. Plaintiff's claim is barred under the doctrines of waiver, estoppel, acquiescence, laches, and/or unclean hands.

## SEVENTH DEFENSE
### (Unconstitutionality)

69. Any award of statutory damages against PacifiCorp would be unconstitutional as violative of the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and the Excessive Fines Clause of the Eighth Amendment to the United States Constitution.

## EIGHTH DEFENSE
### (Actions of Others)

70. To the extent that the Second Amended Complaint states a claim, third parties or Plaintiff himself caused or were responsible for the alleged harm.

## NINTH DEFENSE
### (Statute of Limitations)

71.    Plaintiff's claim is barred, in whole or in part, by the applicable statute of limitations.

## RESERVATION OF ADDITIONAL DEFENSES

72.    The Second Amended Complaint does not describe the events and claims therein alleged with sufficient particularity to permit PacifiCorp to determine all defenses that may exist to such events and claims. PacifiCorp therefore reserves the right to assert all defenses that may pertain to the Second Amended Complaint once the precise nature of such events is ascertained.

## PRAYER FOR RELIEF

**WHEREFORE**, PacifiCorp prays for judgment as follows:

A.    That Plaintiff takes nothing by way of the Second Amended Complaint;

B.    That the Second Amended Complaint be dismissed with prejudice and judgment entered in favor of PacifiCorp;

C.    That PacifiCorp be awarded its costs and disbursements in this action; and

D.    For all such other and further relief as this Court shall deem just and proper.

DATED: October 15, 2025.        MARKOWITZ HERBOLD PC

*s/ Stanton R. Gallegos*
Dallas DeLuca, OSB #072992
DallasDeLuca@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
*Attorneys for Defendant PacifiCorp dba Pacific Power in Oregon*

2368687.1

Page 9 –    PACIFICORP'S ANSWER AND DEFENSES TO SECOND AMENDED COMPLAINT – CLASS ACTION