**Dallas DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

*Attorneys for Defendant PacifiCorp
dba Pacific Power in Oregon*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP dba PACIFIC POWER IN OREGON,<br><br>Defendant. | Case No. 6:24-cv-01956-AA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to LR 83-11(b), defendant PacifiCorp dba Pacific Power in Oregon notifies the Court and the parties that Ursula M. Lalović hereby withdraws as counsel of record for defendant.  Dallas DeLuca and Stanton R. Gallegos remain counsel of record for defendant.  All further papers, pleadings, and communications directed to defendants should be addressed to:

Page 1 –   NOTICE OF WITHDRAWAL OF COUNSEL

Dallas DeLuca, OSB #072992
DallasDeLuca@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

DATED:  February 12, 2026.	MARKOWITZ HERBOLD PC

*s/ Stanton R. Gallegos*
Dallas DeLuca, OSB #072992
DallasDeLuca@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com

*Attorneys for Defendant PacifiCorp dba Pacific Power in Oregon*

2415711.1