# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : |
| | : CASE NO. 6:24-cv-01956-AA |
| Plaintiff, | : |
| v. | : |
| PACIFICORP d/b/a PACIFIC POWER IN OREGON | : |
| Defendant. | : |

## Notice of Settlement

The parties file this notice to advise the Court that the parties have tentatively reached a class action settlement in this matter and hope to file a motion for preliminary approval of a class action settlement by March 27, 2026.

Dated: February 13, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*