**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : | CASE NO. 6:24-cv-01956-AA |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PACIFICORP d/b/a PACIFIC POWER IN OREGON | : | |
| | : | |
| Defendant. | : | |

**STATUS REPORT REGARDING SETTLEMENT**

The parties are presently finalizing the written Settlement Agreement and related documents, and require an additional sixty days, or until May 26, 2026, to complete the written agreement and to file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval.

Date: March 27, 2026

Respectfully submitted,

By: *s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the putative Class*