**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : | CASE NO. 6:24-cv-01956-AA |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PACIFICORP d/b/a PACIFIC POWER IN OREGON | : | |
| | : | |
| Defendant. | : | |

**STATUS REPORT REGARDING SETTLEMENT**

The parties are continuing to finalize the written Settlement Agreement and related documents, and require an additional two weeks, or until June 9, 2026, to complete the written agreement and to file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval.

Date: May 26, 2026

Respectfully submitted,

By: _s/ Avi R. Kaufman_
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the putative Class*