**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : | CASE NO. 6:24-cv-01956-AA |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PACIFICORP d/b/a PACIFIC POWER IN OREGON | : | |
| | : | |
| Defendant. | : | |

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF**
**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Anthony Paronich declares as follows:

1.    I am one of the attorneys designated as Class Counsel for Plaintiff under the Settlement Agreement. I submit this declaration in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.    I am a 2010 graduate of Suffolk Law School. In 2010, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Wisconsin, the Southern District of Indiana, the First Circuit Court of Appeals, the Seventh Circuit Court of Appeals, and the Ninth Circuit Court of Appeals. From time to time, I have appeared in other State and Federal District Courts pro hac vice. I am in good standing in every court to which I am admitted to practice.

3.    I was an associate at Broderick Law, P.C. in Boston, Massachusetts from 2010

through 2016.

4.     I was a partner at Broderick & Paronich, P.C. in Boston, Massachusetts from 2016 through 2019.

5.     In 2019, I started Paronich Law, P.C., focused on protecting consumers in class action lawsuits.

6.     I have been appointed class counsel in more than 50 TCPA cases, including the following:

a. *Desai and Charvat v. ADT Security Services, Inc.*, USDC, N.D. Ill., 11-CV-1925, a TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

b. *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, USDC, D. Md., 13-cv-00662, a TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

c. *Charvat v. AEP Energy, Inc.*, USDC, N.D. Ill., 1:14-cv-03121, a TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

d. *Bull v. US Coachways, Inc.*, USDC, N.D. Ill., 1:14-cv-05789, a TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375..

e. *Smith v. State Farm Mut. Auto. Ins. Co., et. al.*, USDC, N.D. Ill., 1:13-cv-02018, a TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

f. *Mey v. Frontier Communications Corporation*, USDC, D. Conn., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

g.  *Heidarpour v. Central Payment Co.*, USDC, M.D. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

h.  *Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc.*, USDC, N.D. Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.

i.  *Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc.*, USDC, N.D. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.

j.  *In re Monitronics International, Inc.*, USDC, N.D. W.Va., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,000 granted final approval on June 12, 2018.

k.  *Thomas Krakauer v. Dish Network, L.L.C.*, USDC, M.D.N.C., 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). The Fourth Circuit Court of Appeals unanimously affirmed the judgment in May of 2019. *Krakauer v. Dish Network, L.L.C.*, 925 F.3d 643 (4th Cir. 2019). The United States Supreme Court rejected certiorari of this matter in December of 2019. See *DISH Network L.L.C. v. Krakauer*, 140 S. Ct. 676 (2019).

l.  *Charvat v. Carnival Corporation & PLC, et. al.*, USDC, N.D. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted final approval in April of 2020.

3

m. *Loftus v. Sunrun, Inc.*, USDC, N.D. Ca., 3:19-cv-1608, a TCPA class settlement of $5,500,000 granted final approval on May 11, 2021.

n. *Andrew Perrong v. Orbit Energy & Power, LLC*, USDC, E.D. Pa., Civil Action No. 2:21-cv-777. A class settlement of $6,000,000 granted final approval on June 21, 2022.

o. *David Vance, et. al. v. DirecTV, LLC*, USDC, N.D. W.Va., Civil Action No. 5:17-cv-179. A class settlement of $16,850,000 granted final approval on August 24, 2023.

p. *Berman v. Freedom Financial Network, LLC et al.*, N.D. Ca., Civil Action No. 18-cv-1060. A class action settlement of $9,750,000 granted final approval on February 23, 2024.

q. *Murray v. Grocery Delivery E-Services USA, Inc.*, D. Mass., Civil Action No. 19-cv-12608. A class action settlement of $11,000,000 granted final approval on March 13, 2024.

r. *Williams v. Choice Health Insurance LLC*, M.D. Ala., Civil Action No. 23-cv-292. A class action settlement of $7,000,000 granted final approval on July 22, 2024.

s. *Smith, et. al. v. Assurance IQ, LLC*, Civil Action No. 23-ch-09225 (Ill.). A class action settlement of $21,875,000 granted final approval on September 3, 2024.

12. Paronich Law has, and will continue to, vigorously protect the interests of the settlement class.

13. Paronich Law, together with co-counsel, has advanced all costs necessary to litigate this action.

4

14.     Paronich Law has devoted a very significant amount of time to this case and will continue to devote all necessary time to it.

15.     Paronich Law has no known conflicts with the settlement class.

16.     Paronich Law firmly believes that the parties' settlement is fair, reasonable, adequate, and in the best interests of members of the settlement class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2026

  _/s/ Anthony Paronich_
Anthony Paronich