IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

CHET MICHAEL WILSON, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

PACIFICORP d/b/a PACIFIC POWER IN
OREGON

        Defendant.

 

CASE NO. 6:24-cv-01956-AA

**[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

This Court has reviewed the motion for preliminary approval of class settlement filed in this action, including the Settlement Agreement and Release ("Settlement Agreement").[1]  Based on this review and the findings below, the Court finds good cause to grant the motion.

**FINDINGS:**

1.    The Court hereby preliminarily approves the Settlement Agreement and the terms and conditions of settlement set forth therein, subject to further consideration at the Final Approval Hearing.

2.    The Court has conducted a preliminary assessment of the fairness, reasonableness, and adequacy of the Agreement and hereby finds that the settlement falls within the range of reasonableness meriting possible final approval. The Court therefore preliminarily approves the proposed settlement as set forth in the Settlement Agreement.

3.    The Notice and Claim Form (all attached to the Settlement Agreement), and their manner of transmission, comply with Rule 23 and due process because the notice and forms are

---

[1] Capitalized terms in this Order, unless otherwise defined, have the same definitions as those terms in the Settlement Agreement.

reasonably calculated to adequately apprise class members of (i) the pending lawsuit, (ii) the proposed settlement, and (iii) their rights, including the right to either participate in the settlement, exclude themselves from the settlement, or object to the settlement.

4.     For settlement purposes only, the Class is so numerous that joinder of all Settlement Class Members is impracticable.

5.     For settlement purposes only, Plaintiff's claim is typical of the Settlement Class members' claims.

6.     For settlement purposes only, there are questions of law and fact common to the Settlement Class which predominate over any questions affecting only individual Settlement Class Members.

7.     For settlement purposes only, class certification is superior to other available methods for the fair and efficient adjudication of the controversy.

**IT IS ORDERED THAT:**

**8.     Settlement Approval**.  The Settlement Agreement, including the Claim Form and Notices attached to the Settlement Agreement as Exhibits A, B, and C are preliminarily approved.

**9.     Appointment of the Settlement Administrator and the Provision of Class Notice**.  Simpluris is appointed as the Settlement Administrator.  The Settlement Administrator will notify Class Members of the settlement in the manner specified under Section 6.5 of the Settlement Agreement. The Court further finds that the Notice Plan described in the Settlement Agreement is the best practicable under the circumstances. The Notice Plan is reasonably calculated under the circumstances to inform the Settlement Class of the pendency of the action, certification of a Settlement Class, the terms of the Settlement Agreement, Class Counsel's application for a Fee Award and Service Award, the claim process, and their rights to opt-out of the Settlement Class or object to the Settlement. The Notices and Notice Plan constitute sufficient notice to all persons entitled to notice. The Notices and Notice Plan satisfy all applicable requirements of law, including, but not limited to, Federal Rule of Civil Procedure 23 and the Constitutional requirement of due process.

[Proposed] Order Granting Preliminary Approval

**10.    Claim for a Settlement Award**.  Class Members who want to receive an award under the Settlement Agreement must accurately complete and submit a Claim Form to the Settlement Administrator approximately 60 days after the Notice Date, as specified in the Notices.

**11.    Objection to Settlement**.  Any Settlement Class Member who has not submitted a timely written exclusion request pursuant to paragraph 13 below and who wishes to object to the fairness, reasonableness, or adequacy of the Settlement Agreement must submit written objections to the Court postmarked by the Opt-Out Deadline.  Any objection regarding or related to the Settlement Agreement must include: (i) the objector's name, address, and telephone number; (ii) the phone number(s) at which it, he or she received calls covered by this Settlement; (iii) the factual basis and legal grounds for the objection; and (iv) a statement indicating whether the objector intends to appear at the Final Approval Hearing. Only Settlement Class Members who submit timely objections may speak at the Final Approval Hearing.  If a Settlement Class Member makes an objection through an attorney, the Settlement Class Member will be responsible for his or her personal attorney's fees and costs.

**12.    Failure to Object to Settlement.**  Settlement Class Members who fail to object to the Settlement Agreement in the manner specified above will: (1) be deemed to have waived their right to object to the Settlement Agreement; (2) be foreclosed from objecting (whether by a subsequent objection, intervention, appeal, or any other process) to the Settlement Agreement; and (3) not be entitled to speak at the Final Approval Hearing.

**13.    Requesting Exclusion**.  Settlement Class Members may elect not to be part of the Class and not to be bound by this Settlement Agreement.  Individual requests for exclusion may be submitted to the Settlement Administrator by mail and postmarked no later than the Opt-Out Deadline. No "mass" or "class" opt-outs are allowed.  All requests for exclusion must be in writing and signed by the Settlement Class Member, include the Settlement Class Member's name, address, and the phone number(s) at which he or she received the calls covered by this Settlement, and clearly state that the Person wishes to be excluded from the Litigation and the Settlement.

3

[Proposed] Order Granting Preliminary Approval

**14.    Provisional Certification**.  The Settlement Class is provisionally certified as a class of: all persons throughout the United States (1) to whom PacifiCorp placed, or caused to be placed, a call (i) to collect a debt or (ii) concerning returned mail or undeliverable email communications, (2) directed to a number assigned to a cellular telephone service, but not assigned to a person who was a customer of PacifiCorp or in collections with PacifiCorp, (3) in connection with which PacifiCorp used an artificial or prerecorded voice, (4) between November 21, 2020 and the date of the Preliminary Approval Order. Excluded from the Settlement Class are: (1) the Judges presiding over this action and members of their families; (2) the Defendant, Defendant's respective subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or their parents have a controlling interest and its current or former officers and directors; (3) persons who properly execute and file a timely request for exclusion from the class; and (4) the legal representatives, successors or assigns of any such excluded person(s).

**15.    Conditional Appointment of Class Representative and Class Counsel**.  Plaintiff is conditionally certified as the class representative to implement the Parties' settlement in accordance with the Settlement Agreement.  Anthony I. Paronich of Paronich Law and Avi R. Kaufman of Kaufman P.A. are conditionally appointed as Class Counsel.  Plaintiff and Class Counsel must fairly and adequately protect the Settlement Class's interests.

**16.    Termination**.  If the Settlement Agreement terminates for any reason, the following will occur: (a) class certification will be automatically vacated; (b) Plaintiff and Class Counsel will stop functioning as the class representative and class counsel, respectively, except to the extent previously appointed by the Court; (c) this Action will revert to its previous status in all respects as it existed immediately before the Parties executed the Settlement Agreement, other than as to payments made to, or owed for work already incurred by, the Settlement Administrator; (d) the Settlement Agreement shall be null and void, including any provision related to the award of attorneys' fees, and shall have no further force and effect with respect to any party in this action, and shall not be used in this action or in any other proceeding for any purpose; (e) all negotiations, proceedings, documents prepared, and statements made in connection therewith shall be without

[Proposed] Order Granting Preliminary Approval

prejudice to any person or party hereto, shall not be deemed or construed to be an admission by any party of any act, matter, or proposition, and shall not be used in any manner or for any purpose in any subsequent proceeding in this action or in any other action in any court or other proceeding, provided, however, that the termination of the Settlement Agreement shall not shield from subsequent discovery any factual information that would ordinarily be discoverable but for the attempted settlement; (f) other than as expressly preserved by the Settlement Agreement in the event of its termination, the Settlement Agreement shall have no further force and effect with respect to any party and shall not be used in this action or any other proceeding for any purpose; and (g) any party may elect to move the Court pursuant to the provisions of this paragraph, and none of the non-moving parties (or their counsel) shall oppose any such motion.

17.    **No Admissions.**  Nothing in this Order is, or may be construed as, an admission or concession on any point of fact or law by or against any Party.

18.    **Stay of Dates and Deadlines.**  All discovery and pretrial proceedings and deadlines are stayed and suspended until further notice from the Court, except for such actions as are necessary to implement the Settlement Agreement and this Order. Pending final determination of whether the Settlement should be approved, Plaintiff, all persons in the Settlement Class, and persons purporting to act on their behalf are enjoined from commencing or prosecuting (either directly, representatively or in any other capacity) against any of the Released Parties any action or proceeding in any court, arbitration forum or tribunal asserting any of the Released Claims.

19.    **Modifications.**    Counsel for the Parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement. The Parties may further modify the Settlement Agreement prior to the Final Approval Hearing so long as such modifications do not materially change the terms of the settlement provided therein.  The Court may approve the Settlement Agreement with such modifications as may be agreed to by the Parties, if appropriate, without further notice to Settlement Class Members.

[Proposed] Order Granting Preliminary Approval

**20.    Final Approval Hearing**.  On _____ (month) ___ (day), 2026, at _____, this Court will hold a Fairness Hearing to determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate.  Plaintiff's motion in support of the Final Approval shall be filed after notice is disseminated and at least fifteen (15) days prior to the Final Approval Hearing.  This Court may order the Final Approval Hearing to be postponed, adjourned, held remotely, or continued.  If that occurs, the Parties will not be required to provide any additional notice to Settlement Class Members.

**21.    Summary Timeline.**  The Agreement and this Order provide for the following timeline dates and deadlines related to the provision of notice and the Final Approval Hearing:

| | |
|---|---|
| Settlement Administrator provides Initial Mailed Notice to Settlement Class Members | Within thirty (30) days after entry of the Preliminary Approval Order |
| Class Counsel's application for fees, expenses, and costs and a Service Award for Representative Plaintiff | No later than thirty (30) days prior to the Opt-Out Deadline |
| Last day for Settlement Class Members to submit Claim Forms and Opt-Out Deadline | Approximately sixty (60) days after the Notice Date |
| Last day for Settlement Class Counsel to file motion in support of Final Approval | At least fifteen (15) days before Final Approval Hearing |
| Final Approval Hearing | Approximately one hundred and twenty (120) days from entry of the Preliminary Approval Order |

**IT IS SO ORDERED**, this __ day of _____, _____.

_____
ANN AIKEN
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Preliminary Approval