**Dallas DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

*Attorneys for Defendant PacifiCorp dba Pacific
Power in Oregon*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | Case No. 6:24-cv-01956-AA |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| PACIFICORP dba PACIFIC POWER IN OREGON, | |
| Defendant. | |

Pursuant to LR 83-11(b), defendant PacifiCorp dba Pacific Power in Oregon notifies the

Court and the parties that Stanton R. Gallegos hereby withdraws as counsel of record for

defendant.  Dallas DeLuca remains counsel of record for defendant.

All further papers, pleadings, and communications directed to defendants should be

addressed to:

**Page 1 –**      **NOTICE OF WITHDRAWAL OF COUNSEL**

Dallas DeLuca
DallasDeLuca@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

DATED:  June 12, 2026.                    MARKOWITZ HERBOLD PC


                                          *s/ Dallas DeLuca*
                                          Dallas DeLuca, OSB #072992
                                          DallasDeLuca@MarkowitzHerbold.com

                                          *Attorneys for Defendant PacifiCorp dba*
                                          *Pacific Power in Oregon*

2458707.1

**Page 2 –       NOTICE OF WITHDRAWAL OF COUNSEL**