Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: 215-225-5529

*Attorney for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : | CASE NO. 6:24-cv-01956-MC |
| | : | |
| Plaintiff, | : | |
| | : | **ENTRY OF APPEARANCE** |
| v. | : | |
| | : | TCPA (47 U.S.C. § 227) |
| PACIFICORP d/b/a PACIFIC POWER IN OREGON | : | DEMAND FOR JURY TRIAL |
| | : | |
| Defendant. | : | |
| | / | |

### Entry of Appearance

Kindly enter my appearance as attorney for Plaintiff and the Proposed Class in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this August 10, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, Pennsylvania 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong

Entry of Appearance                                        2